Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Ft. Lauderdale, FL 33316
954-320-9507

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGGAN HEINZ and HANNEKE SIJMONS, individually and on behalf of all others similarly situated,

     MDL Docket No. 2672

       Plaintiff,

v.

     Case No.: 3:15-cv-06309- CRB

VOLKSWAGEN GROUP OF AMERICA, INC.
D/B/A VOLKSWAGEN OF AMERICA, INC.,
and VOLKSWAGEN AG.,

       Defendants.

_____/

## NOTICE OF WITHDRAWAL AND VOLUNTARY DISMISSAL OF ACTION PURSUANT TO RULE 41(a) BY PLAINTIFF'S MEGGAN HEINZ AND HANNEKE SIJMONS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's Meggan Heinz and Hanneke Sijmons, through undersigned counsel, hereby voluntarily withdraws from this action and dismisses their claims.

Dated:  November 3, 2016             Respectfully submitted,

**SCHLESINGER LAW OFFICES, P.A.**
s/Jeffrey L. Haberman
Scott P. Schlesinger (Bar No. 444952)
Jeffrey L. Haberman (Bar No. 98522)
Jonathan R. Gdanski (Bar No. 32097)
1212 SE Third Avenue
Ft. Lauderdale, FL 33316
Tel: 954-320-9507
Fax: 954-320-9509
scott@schlesingerlaw.com
jhaberman@schlesingerlaw.com
jgdanski@schlesingerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2016, I electronically filed a true and correct copy of the foregoing unopposed motion with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/Jeffrey L. Haberman

2